## ST. JOHN v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. October 5, 1920. Rehearing Denied December 9, 1920.)

### No. 2695.

In Error to the District Court of the United States, for the Eastern Division of the Northern District of Illinois.

Vincent St. John was convicted on an indictment containing four counts charging conspiracy, and he brings error. Judgment modified, by striking therefrom the imprisonments and fines under counts 1 and 2, and, as modified, affirmed.

Clarence Darrow, of Chicago, Ill., for plaintiff in error.

Charles F. Clyne and Joseph B. Fleming, both of Chicago, Ill., for the United States.

Before BAKER, ALSCHULER, and PAGE, Circuit Judges.

PER CURIAM. St. John was one of the defendants in the government's prosecution of Haywood and others. He sued out a separate writ of error. For the reasons given in Haywood v. United States (C. C. A.) 268 Fed. 795, herewith decided, the judgment against St. John is modified, by striking therefrom the imprisonments and fines under counts 1 and 2, and, as so modified, the judgment is affirmed.